# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In the matter of:

AVRUMI LUBIN

                              Debtor

Franklin Capital Group, LLC
Franklin Capital Funding, LLC

                              Plaintiff(s)

                              Case No. _____26-17342_____

v.

Avrumi Lubin

                              Adversary No. _____26-1339_____

                              Defendant(s)    Judge: _____O'Hagan_____

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | US Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608 |
| --- | --- |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Hillel Ira Parness<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016 |
| --- | --- |

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | US Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608 | Courtroom: Courtroom #2 |
| --- | --- | --- |
| | | Date and Time:<br><br>September 24, 2026 at 2:00 pm |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                              Jeanne A. Naughton, Clerk

Date: _July 24, 2026_____

By: _Holly Nizolek_____
         Deputy Clerk

*rev.1/4/17*

**Pursuant to D.N.J. LBR 9019-2, Mediation: Procedures, there is a presumption of mediation in all adversary proceedings. For more information regarding the mediation program, see the related Local Rules and forms on the Court's web site njb.uscourts.gov/mediation.**