**PARNESS LAW FIRM, PLLC**
136 Madison Ave., 6th Floor
New York, New York 10016
(646) 526-8261
hip@hiplaw.com
*Attorneys for Plaintiffs Franklin Capital*
  *Funding, LLC, and Franklin Capital*
  *Group, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br><br>AVRUMI LUBIN a/k/a Josh Lubin, | Case No.: 26-01339-EJO<br>Chapter 11 |

## CERTIFICATION OF SERVICE

1.      I, Hillel I. Parness, represent the Plaintiffs Franklin Capital Group, LLC and Franklin Capital Funding, LLC in this adversary proceeding.

2.      On July 27, 2026, I caused true and correct copies of the Summons and Notice of Pretrial Conference and the Complaint to the parties listed in the chart below.

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 27, 2026                                        By:      /s/ Hillel I. Parness
                                                                          Hillel I. Parness

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Avrumi Lubin a/k/a Josh Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Pro Se Defendant-Debtor | [X] Regular (first-class) mail<br>Fed. R. Bankr. P. 7004(b)(9) |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | [X] Regular mail / CM/ECF |