UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Defendant, Pro Se

In Re:

AVRUMI LUBIN,
Debtor.

Franklin Capital Group, LLC and Franklin Capital Funding, LLC
Plaintiff

v.

Avrumi Lubin
Defendant

Case No.: 26-17342-EJO

Adv. Pro. No.: 26-01339-EJO

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: 9/24/26, 2 p.m.

Judge: E.J. O'Hagan

## ADJOURNMENT REQUEST

1. I, Avrumi Lubin,

☐ am the attorney for: ______________________,

☒ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Pretrial conference in Adv. Pro. No. 26-01339-EJO

Current hearing date and time: 9/24/26 at 2:00 p.m.

New date requested: 10/15/26 at 2:00 p.m.

Reason for adjournment request: Response-extension motion pending through 9/28/26; pretrial should follow completion of the pleadings.

2. Consent to adjournment:

☐ I have the consent of all parties. ☒ I do not have the consent of all parties (explain below):

Consent to the extension was requested on 8/18/26; consent to adjourn the pretrial conference was requested on 8/19/26. On 8/20/26 counsel replied that he was awaiting client instructions. No consent has been received.

Counsel for Plaintiff emailed chambers and confirmed consent after this adjournment request was submitted to the Court. /dmm 8/21/26

I certify under penalty of perjury that the foregoing is true.

Date: August 20, 2026

Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 10/15/2026 at 2:00 p.m. ☐ Peremptory

☐ Granted over objection(s) New hearing date: ______________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*