**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Defendant, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:**<br>**AVRUMI LUBIN,**<br>Debtor.<br><br>FRANKLIN CAPITAL GROUP, LLC and<br>FRANKLIN CAPITAL FUNDING, LLC,<br>Plaintiffs,<br><br>v.<br><br>AVRUMI LUBIN,<br>Defendant. | **Case No. 26-17342-EJO**<br>Chapter 11<br>Hon. Eamonn J. O'Hagan<br><br>**Adv. Pro. No. 26-01339-EJO** |

**NOTICE OF MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO ADJOURN THE PRETRIAL CONFERENCE**

**TO: Hillel I. Parness, Esq., Parness Law Firm, PLLC, 136 Madison Avenue, 6th Floor, New York, NY 10016, counsel for Plaintiffs; Franklin Capital Funding, LLC, c/o Platinum Filings LLC, Registered Agent, 555 E. Loockerman Street, Suite 320, Dover, DE 19901; Franklin Capital Group, LLC, Attn: Avrohom Baum, Resident Agent, 32300 Northwestern Highway, Suite 215, Farmington Hills, MI 48334; and the Office of the United States Trustee, Attn. Rachel Wolf, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102.**

PLEASE TAKE NOTICE that on September 24, 2026 at 10:00 a.m., or on such other date and time as the Court may set, Defendant Avrumi Lubin, appearing pro se, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for entry of an Order under Federal Rules of Bankruptcy Procedure 7012(a)(1) and 9006(b)(1) and D.N.J. LBR 9013-6:

1. extending Defendant's time to answer, move, or otherwise respond to the Complaint from August 24, 2026 through and including September 28, 2026; and

2. adjourning the pretrial conference currently scheduled for September 24, 2026 at 2:00 p.m. to October 15, 2026 at 2:00 p.m., or to another date and time set by the Court.

PLEASE TAKE FURTHER NOTICE that Defendant relies on the accompanying Certification of Avrumi Lubin and Memorandum of Law. A proposed Order is submitted with the Motion.

PLEASE TAKE FURTHER NOTICE that, under D.N.J. LBR 9013-6(a), a motion to extend time filed before the existing period expires automatically extends that period until the Court rules on the motion.

PLEASE TAKE FURTHER NOTICE that any objection must be filed and served in accordance with D.N.J. LBR 9013-2 and any notice or scheduling direction issued by the Court. If no objection is timely filed, the Motion may be decided on the papers.

Dated: August 20, 2026

______________________________

**AVRUMI LUBIN**
Defendant, Pro Se