**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Defendant, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:**<br>**AVRUMI LUBIN,**<br>Debtor.<br><br>FRANKLIN CAPITAL GROUP, LLC and<br>FRANKLIN CAPITAL FUNDING, LLC,<br>Plaintiffs,<br><br>v.<br><br>AVRUMI LUBIN,<br>Defendant. | **Case No. 26-17342-EJO**<br>Chapter 11<br>Hon. Eamonn J. O'Hagan<br><br>**Adv. Pro. No. 26-01339-EJO** |

**CERTIFICATION OF AVRUMI LUBIN IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND AND TO ADJOURN THE PRETRIAL CONFERENCE**

I, Avrumi Lubin, certify from personal knowledge as follows:

1. I am the Defendant in this adversary proceeding and the debtor and debtor-in-possession in the related Chapter 11 case. I am presently self-represented.
2. The summons was issued on July 24, 2026. It requires a motion or answer within 30 days after issuance and schedules a pretrial conference for September 24, 2026 at 2:00 p.m.
3. Because the thirtieth day falls on Sunday, August 23, 2026, I understand the current response deadline to be Monday, August 24, 2026, unless the Court enters a different order.
4. This is my first request to extend the response deadline in this adversary proceeding, and I am making it before the current deadline expires.
5. The Complaint asserts serious nondischargeability claims under 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6). I need a short, fixed extension to obtain counsel if possible and, in all events, to prepare a complete and careful response without waiving available defenses.
6. I am also addressing multiple obligations in the Chapter 11 case and a separate adversary proceeding. At the August 6, 2026 hearing, the Court adjourned several listed main-case matters and the separate FVP adversary proceeding to September 17, 2026. The Franklin adversary was not included in that ruling, and I do not rely on that hearing as having extended this deadline.

7. On August 18, 2026, I emailed Plaintiffs' counsel and requested consent to extend my response deadline from August 24 through September 24, 2026, or to another date on or after September 17 acceptable to counsel. I asked for a response by August 19. On the evening of August 19, 2026, I sent a follow-up email attaching courtesy copies of this Motion and the proposed Order. On the morning of August 20, 2026, Plaintiffs' counsel replied that he was awaiting instructions from his clients and would follow up. As of the signing of this Certification, Plaintiffs have not stated a position on consent. A true copy of the email correspondence is attached as Exhibit A. Because the ordinary motion hearing is requested for September 24, this Motion asks for a response date of September 28.

8. The requested extension is limited. The case is at its beginning, no answer has been filed, no merits discovery schedule has been entered, and the requested time will not affect Plaintiffs' ability to pursue their claims.

9. Because the requested response date follows the currently scheduled September 24 pretrial conference, I also request that the pretrial conference be adjourned to October 15, 2026 at 2:00 p.m., or to another date set by the Court. I will attend the September 24 conference unless the Court enters an order changing it.

10. I have not filed this request to delay the case or for any improper purpose. I respectfully request the relief stated in the proposed Order and reserve all defenses, objections, and responses to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. I understand that a willfully false statement may subject me to punishment.

Dated: August 20, 2026

______________________________

**AVRUMI LUBIN**
Defendant, Pro Se