UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Defendant, Pro Se

In Re:

AVRUMI LUBIN,
Debtor.

FRANKLIN CAPITAL GROUP, LLC and
FRANKLIN CAPITAL FUNDING, LLC

Plaintiff(s)

v.
AVRUMI LUBIN

Defendant(s)

Case No.: 26-17342-EJO

Adv. No.: 26-01339-EJO

Hearing Date: 9/24/26, 10 a.m.

Judge: E.J. O'Hagan

# ORDER

ORDER EXTENDING RESPONSE TIME AND ADJOURNING PRETRIAL

The relief set forth on the following pages, numbered two (2) through 2, is **ORDERED.**

**ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT
AND ADJOURNING THE PRETRIAL CONFERENCE**

Upon the Motion of Defendant Avrumi Lubin, appearing pro se, for an order extending his time to respond to the Complaint and adjourning the pretrial conference; and the Court having considered the Motion, the Certification of Avrumi Lubin, the Memorandum of Law, and any opposition; and good cause appearing under Federal Rule of Bankruptcy Procedure 9006(b)(1), it is ORDERED:

**1.** Defendant's time to answer, move, or otherwise respond to the Complaint is extended through and including **September 28, 2026**.

**2.** The pretrial conference currently scheduled for September 24, 2026 at 2:00 p.m. is adjourned to **October 15, 2026 at 2:00 p.m.**, or to another date and time set by the Court.

**3.** Except as expressly modified by this Order, all other requirements and deadlines remain in effect.

Submitted by:

________________________________
**AVRUMI LUBIN**
Defendant, Pro Se

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Defendant, Pro Se

In Re:

AVRUMI LUBIN,
Debtor.

Case No.: 26-17342-EJO

Adv. Pro. No.: 26-01339-EJO

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: 9/24/26, 2 p.m.

Judge: E.J. O'Hagan

## ADJOURNMENT REQUEST

1. I, Avrumi Lubin,

☐ am the attorney for: ______,

☒ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Pretrial conference in Adv. Pro. No. 26-01339-EJO

Current hearing date and time: 9/24/26 at 2:00 p.m.

New date requested: 10/15/26 at 2:00 p.m.

Reason for adjournment request: Response-extension motion pending through 9/28/26; pretrial should follow completion of the pleadings.

2. Consent to adjournment:

☐ I have the consent of all parties. ☒ I do not have the consent of all parties (explain below):

Consent to the extension was requested on 8/18/26; consent to adjourn the pretrial conference was requested on 8/19/26. On 8/20/26 counsel replied that he was awaiting client instructions. No consent has been received.

I certify under penalty of perjury that the foregoing is true.

Date: August 20, 2026 ____________________ Signature

**COURT USE ONLY:**

The request for adjournment is:

- ☐ Granted New hearing date: ____________________ ☐ Peremptory
- ☐ Granted over objection(s) New hearing date: ____________________ ☐ Peremptory
- ☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*