UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Defendant, Pro Se

In Re:

AVRUMI LUBIN,
Debtor.

| | |
|---|---|
| Case No.: | 26-17342-EJO |
| Chapter: | 11 |
| Adv. No.: | 26-01339-EJO |
| Hearing Date: | 9/24/26, 10 a.m. |
| Judge: | E.J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the Defendant in this case and am representing myself.

2. On August 20, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Motion; Certification of Avrumi Lubin; Memorandum of Law;
Proposed Order; and Adjournment Request.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 20, 2026

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel for Plaintiffs | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Franklin Capital Funding, LLC<br>c/o Platinum Filings LLC<br>Registered Agent<br>555 E. Loockerman Street, Suite 320<br>Dover, DE 19901 | Plaintiff; service through registered agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Franklin Capital Group, LLC<br>Attn: Avrohom Baum, Resident Agent<br>32300 Northwestern Highway, Suite 215<br>Farmington Hills, MI 48334 | Plaintiff; service through registered agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Rachel Wolf<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796 · josh@tetonfunding.com
Defendant, Pro Se

August 20, 2026

**VIA FEDEX PRIORITY OVERNIGHT**
Clerk, United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

*Re: Franklin Capital Group, LLC and Franklin Capital Funding, LLC v. Lubin,*
*Adv. Pro. No. 26-01339-EJO (In re Lubin, Case No. 26-17342-EJO, Chapter 11)*

Dear Clerk of the Court:

Enclosed for filing in the above-referenced adversary proceeding, on behalf of Defendant Avrumi Lubin, pro se, are the following documents:

1. Notice of Motion to Extend Time to Respond to the Complaint and to Adjourn the Pretrial Conference;
2. Certification of Avrumi Lubin, with Exhibit A;
3. Memorandum of Law;
4. Proposed Order;
5. Adjournment Request; and
6. Certification of Service.

Service of the enclosed papers has been made by regular first-class U.S. mail on (1) Hillel I. Parness, Esq., counsel for Plaintiffs; (2) Franklin Capital Funding, LLC, c/o Platinum Filings LLC, Registered Agent, Dover, Delaware; (3) Franklin Capital Group, LLC, Attn: Avrohom Baum, Resident Agent, Farmington Hills, Michigan; and (4) the Office of the United States Trustee, Attn. Rachel Wolf, Newark, New Jersey, as set forth in the enclosed Certification of Service.

Thank you for your assistance.

Respectfully submitted,

Avrumi Lubin, Defendant, Pro Se