# EXHIBIT A

Email correspondence with Plaintiffs' counsel (August 18–20, 2026)

**Subject:** RE: Adv. Pro. No. 26-01339-EJO — Follow-Up re Consent to Extension and Pretrial Adjournment
**Date:** Thursday, August 20, 2026 at 7:26:02 AM Eastern Daylight Time
**From:** Hillel Parness <hip@hiplaw.com>
**To:** Josh Lubin <josh@tetonfunding.com>

Mr. Lubin:

I am awaiting instructions from my client. I will follow up again now.

Regards,

**Hillel I. Parness**
hip@hiplaw.com
(C) 646-526-8261
(O) 212-447-5299
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016
www.hiplaw.com
*Essential Legal Guidance for Today's Changing World®*

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, August 19, 2026 10:48 PM
**To:** Hillel Parness <hip@hiplaw.com>
**Subject:** Adv. Pro. No. 26-01339-EJO — Follow-Up re Consent to Extension and Pretrial Adjournment
**Importance:** High

Dear Mr. Parness:

I am following up on my August 18 email and my follow-up of yesterday morning requesting Plaintiffs' consent to a short extension in Adv. No. 26-01339-EJO. I have not received a response to either.

I intend to file the attached motion today. It requests until September 28, 2026 to answer, move, or otherwise respond, and requests that the September 24, 2026 pretrial conference be adjourned to October 15, 2026. The motion accurately states that consent was requested on August 18 and August 19 and that no response was received.

Also attached is a short excerpt of the August 6, 2026 hearing transcript reflecting the adjournment of the pending main-case matters to September 17, 2026, which is part of the basis for the requested dates.

If Plaintiffs consent or do not oppose at any point, please let me know and I will promptly submit a proposed consent order and advise the Court, which may make a hearing unnecessary.

Courtesy copies only; formal service will follow. All defenses are preserved.

Thank you,

Avrumi "Josh" Lubin
Defendant, Pro Se
(718) 570-3796 · josh@tetonfunding.com

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Date**: Tuesday, August 18, 2026 at 9:22 AM
**To:** Hillel Parness <hip@hiplaw.com>
**Subject**: Adv. Pro. No. 26-01339-EJO — Request for Extension of Time to Respond to Complaint

Dear Mr. Parness:

I am the defendant in *Franklin Capital Group, LLC, et al. v. Lubin*, Adversary Proceeding No. 26-01339-EJO, in the United States Bankruptcy Court for the District of New Jersey. I am currently self-represented.

I write to request an extension of my time to answer or otherwise respond to the complaint. My current deadline is **August 24, 2026**. I request an extension to **September 24, 2026** — the date of the pretrial conference — or to any other date on or after September 17, 2026 that you prefer.

There are two reasons for the request.

First, I am working to retain counsel for this adversary proceeding and would prefer that any responsive pleading be prepared and filed by an attorney.

Second, at the August 6, 2026 hearing the Court adjourned the pending matters in the main case, including the motion to appoint a Chapter 11 trustee, to **September 17, 2026.** If a trustee is appointed, the trustee rather than I would be responsible for the estate's response in this proceeding. An extension past that date avoids a responsive pleading being filed by one party and then superseded by another, and conserves the Court's and the parties' resources either way.

This is my first request for an extension in this adversary proceeding, and it is made in good faith and not for delay. I am glad to extend the same courtesy to your clients on any deadline of theirs, and I will agree to reasonable conditions, including that the extension is granted without prejudice to any of your clients' rights or positions.

The request is made without waiver of, and expressly reserving, all defenses, objections,

and rights, including as to jurisdiction, venue, service, and the sufficiency of the complaint.

If you consent, I will prepare a stipulation and proposed consent order for your review and signature and file it promptly. If you prefer a shorter extension or different terms, please let me know what would be acceptable.

Because my deadline is August 24, I would appreciate a response by **Wednesday, August 19, 2026**. If I have not heard from you by then, I will file a motion with the Court and will accurately state that I contacted you and note your position or non-response.

Thank you for your consideration.