Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Avrumi Lubin
Debtor

Case No.: 26−17342−EJO
Chapter 11

Franklin Capital Group, LLC
Plaintiff

v.

Avrumi Lubin
Defendant

Adv. Proc. No. 26−01339−EJO

Judge: Eamonn James O'Hagan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on August 28, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 7 − 5
Consent Order Extending Defendants Time To Answer, Move Or Otherwise Respond To The Complaint (Related Doc # 5). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/27/2026. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 28, 2026
JAN: mjb

Jeanne Naughton
Clerk