FILED
JEANNE A. NAUGHTON, CLERK

SEP 23 2026

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY ________ DEPUTY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 SEP 23 P 4:01

Avrumi Lubin, Defendant, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN,**<br>Debtor. | Chapter 11<br>Case No. 26-17342-EJO |
| **FRANKLIN CAPITAL GROUP, LLC and**<br>**FRANKLIN CAPITAL FUNDING, LLC,**<br>Plaintiffs,<br>v.<br>**AVRUMI LUBIN,**<br>Defendant. | Adv. No. 26-01339-EJO<br><br>Hon. Eamonn J. O'Hagan<br>Hearing: October 15, 2026<br>10:00 a.m. |

## NOTICE OF SECOND MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

**TO:** Hillel I. Parness, Esq., counsel for Plaintiffs, and all parties receiving notice.

PLEASE TAKE NOTICE that on **October 15, 2026 at 10:00 a.m.**, or as soon thereafter as the matter may be heard, Defendant Avrumi Lubin will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for an order:

1. Extending Defendant's time to file and serve an answer, motion, or other response to the Complaint from September 28, 2026 through and including **October 28, 2026**, under Federal Rules of Bankruptcy Procedure 9006(b)(1)(A) and 7012(a)(1);

2. Confirming the interim extension of the response deadline while this timely motion is pending under D.N.J. LBR 9013-6, or alternatively granting an interim extension pending determination; and

3. Granting such other scheduling relief as the Court deems appropriate. This motion requests no determination of the merits and no alteration of any party's substantive rights.

Defendant relies on his accompanying Certification, Exhibits A-C, Memorandum of Law, and proposed order. A separate Local Form Adjournment Request asks that the October 15, 2026, 2:00 p.m. pretrial conference be moved to a date after the requested response deadline. The pretrial conference remains scheduled unless the Court grants that separate request.

**Opposition:** Under D.N.J. LBR 9013-2(a)(2), any opposition must be filed with the Court and served no later than **October 8, 2026**. Serve Defendant at the postal address in this notice. In the absence of timely opposition, the Court may decide the motion on the papers under D.N.J. LBR 9013-3. Filing this motion does not itself establish the requested October 28 deadline.

Dated: September 23, 2026

______________________________
Avrumi Lubin, Defendant, Pro Se