# EXHIBIT A

Entered consent order extending the response deadline

Adversary Dkt. 7; signed August 27, entered August 28, 2026

Franklin v. Lubin | Adv. No. 26-01339-EJO

Order Filed on August 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**AVRUMI LUBIN**<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: (718) 570-3796<br>E-mail: josh@tetonfunding.com<br>Defendant, Pro Se | Case No.: 26-17342-EJO<br><br>Adv. No.: 26-01339-EJO |
| In Re:<br><br>**AVRUMI LUBIN,**<br>Debtor. | Hearing Date: September 24, 2026 at 10:00 a.m.<br><br>Judge: E.J. O'Hagan |
| **FRANKLIN CAPITAL GROUP, LLC and**<br>**FRANKLIN CAPITAL FUNDING, LLC,**<br>Plaintiffs,<br>v.<br>**AVRUMI LUBIN,**<br>Defendant. | |

# ORDER

CONSENT ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

The relief set forth on the following pages, numbered two (2) through two (2), is ORDERED.

**DATED: August 27, 2026**

Eamonn O'Hagan

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**CONSENT ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon the Motion of Defendant Avrumi Lubin, appearing pro se, to Extend Time to Respond to the Complaint and Adjourn the Pretrial Conference (Dkt. No. 5) (the "Motion"); the Court having entered Dkt. No. 4, which adjourned the pretrial conference to October 15, 2026 at 2:00 p.m.; Plaintiffs, through counsel, and Defendant having consented to resolution of the remaining response-extension relief; and good cause appearing under Federal Rule of Bankruptcy Procedure 9006(b)(1), it is hereby ORDERED:

1. Defendant Avrumi Lubin's deadline to answer, move, or otherwise respond to the Complaint is extended through and including September 28, 2026.
2. Upon entry of this Consent Order, the hearing on Dkt. No. 5 scheduled for September 24, 2026 at 10:00 a.m. is removed from the Court's calendar.
3. The pretrial conference remains scheduled for October 15, 2026 at 2:00 p.m., as provided by Dkt. No. 4.
4. Except as expressly provided above, this Consent Order does not modify any other date or deadline in this adversary proceeding.
5. This Consent Order is procedural only and does not constitute an admission or waiver of any claim, defense, objection, or right.

**CONSENTED TO AND AGREED:**

/s/ Hillel I. Parness
**HILLEL I. PARNESS, ESQ.**
**PARNESS LAW FIRM, PLLC**
136 Madison Avenue, 6th Floor
New York, New York 10016
hip@hiplaw.com | (212) 447-5299
Counsel for Plaintiffs Franklin Capital Group, LLC and Franklin Capital Funding, LLC

/s/ Avrumi Lubin
**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
josh@tetonfunding.com
(718) 570-3796
Defendant, Pro Se