# EXHIBIT B

September 23 request for consent to a further extension

Email sent at approximately 1:06 p.m.; full printed thread

Franklin v. Lubin | Adv. No. 26-01339-EJO

**Josh Lubin** **Wednesday, September 23, 2026 at 1:20:40 PM Eastern Daylight Time**

---

**Subject:** Franklin v. Lubin, Adv. No. 26-01339 — request for consent to extend my response date
**Date:** Wednesday, September 23, 2026 at 1:06:14 PM Eastern Daylight Time
**From:** Josh Lubin <josh@tetonfunding.com>
**To:** Hillel Parness <hip@hiplaw.com>
**Priority:** High
**Attachments:** image002.png, image003.png

Mr. Parness,
I am writing about Franklin Capital Group, LLC, et al. v. Lubin, Adv. No. 26-01339 (Bankr. D.N.J.). My deadline to answer or otherwise respond to the complaint is Monday, September 28, 2026, under the consent order we agreed to in August.
Earlier this month I retained bankruptcy counsel. A few days later the representation ended, and counsel has moved to withdraw (main case, Dkts. 104 and 110; hearing September 24). I am representing myself again while I look for new counsel.
I ask that Franklin consent to a 30-day extension of my time to answer or otherwise respond, to Wednesday, October 28, 2026. If you agree, I would also ask to move the October 15 pretrial conference to a date after that. Both sides would keep all claims, defenses and objections.
I plan to file a motion for this extension today, before the current deadline. Could you please tell me Franklin's position by 3:00 p.m. today? If Franklin consents, I will submit a consent order instead, as we did in August.
Thank you,
Avrumi "Josh" Lubin
Defendant, pro se
732-608-4905
josh@tetonfunding.com

---

**From:** Hillel Parness <hip@hiplaw.com>
**Date:** Monday, August 24, 2026 at 3:30 PM
**To:** Josh Lubin <josh@tetonfunding.com>
**Subject:** RE: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Please send me what you want me to sign. Thank you.

**Hillel I. Parness**
hip@hiplaw.com
(C) 646-526-8261
(O) 212-447-5299
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016

www.hiplaw.com
*Essential Legal Guidance for Today's Changing World®*

---

**From:** Hillel Parness <hip@hiplaw.com>
**Sent:** Friday, August 21, 2026 3:31 PM
**To:** Josh Lubin <josh@tetonfunding.com>
**Subject:** Re: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

I'm at an appointment. Will look when I get back to my computer.

**Hillel I. Parness**
**hip@hiplaw.com**
**(C) 646-526-8261**
**(O) 212-447-5299**
**PARNESS LAW FIRM, PLLC**
**136 Madison Ave., 6th Floor**
**New York, NY 10016**
**www.hiplaw.com**

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Friday, 21 August 2026 15:06:05
**To:** Hillel Parness <hip@hiplaw.com>; chambers_of_ejo@njb.uscourts.gov <chambers_of_ejo@njb.uscourts.gov>
**Cc:** Wolf, Rachel (USTP) <rachel.wolf@usdoj.gov>; kirsten.k.ardelean@usdoj.gov <kirsten.k.ardelean@usdoj.gov>
**Subject:** Re: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Mr Parness,

I already emailed you the draft two days ago. I am sending the executed draft attached.

---

**From:** Hillel Parness <hip@hiplaw.com>
**Date:** Friday, August 21, 2026 at 12:53 PM
**To:** Josh Lubin <josh@tetonfunding.com>, "chambers_of_ejo@njb.uscourts.gov" <chambers_of_ejo@njb.uscourts.gov>
**Cc:** "Wolf, Rachel (USTP)" <rachel.wolf@usdoj.gov>, "kirsten.k.ardelean@usdoj.gov" <kirsten.k.ardelean@usdoj.gov>
**Subject:** RE: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Mr. Lubin:

This is your adjournment request. You can send me a draft. Thanks.

Regards,

**Hillel I. Parness**
hip@hiplaw.com
(C) 646-526-8261
(O) 212-447-5299
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016
www.hiplaw.com
*Essential Legal Guidance for Today's Changing World®*

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Friday, August 21, 2026 12:22 PM
**To:** Hillel Parness <hip@hiplaw.com>; chambers_of_ejo@njb.uscourts.gov
**Cc:** Wolf, Rachel (USTP) <rachel.wolf@usdoj.gov>; kirsten.k.ardelean@usdoj.gov
**Subject:** Re: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Mr Parness,

Can you send me the agreed order to review?

I fedex overnight the motion yesterday, so it will prob hit the docket today or Monday.

---

**From:** Hillel Parness <hip@hiplaw.com>
**Date:** Thursday, August 20, 2026 at 11:35 PM
**To:** Josh Lubin <josh@tetonfunding.com>, "chambers_of_ejo@njb.uscourts.gov" <chambers_of_ejo@njb.uscourts.gov>
**Cc:** "Wolf, Rachel (USTP)" <rachel.wolf@usdoj.gov>, "kirsten.k.ardelean@usdoj.gov" <kirsten.k.ardelean@usdoj.gov>
**Subject:** Re: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Mr. Lubin:

We consent to your adjournment request.

Regards,

**Hillel I. Parness**
**hip@hiplaw.com**
**(C) 646-526-8261**
**(O) 212-447-5299**
**PARNESS LAW FIRM, PLLC**
**136 Madison Ave., 6th Floor**
**New York, NY 10016**
**www.hiplaw.com**
**From:** Josh Lubin <josh@tetonfunding.com>

**Sent:** Thursday, 20 August 2026 22:16:55
**To:** chambers_of_ejo@njb.uscourts.gov <chambers_of_ejo@njb.uscourts.gov>
**Cc:** Hillel Parness <hip@hiplaw.com>; Wolf, Rachel (USTP) <rachel.wolf@usdoj.gov>; kirsten.k.ardelean@usdoj.gov <kirsten.k.ardelean@usdoj.gov>
**Subject:** Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Good evening,

I am the self-represented Defendant in Franklin Capital Group, LLC and Franklin Capital Funding, LLC v. Lubin, Adv. No. 26-01339-EJO.

Attached is my signed Adjournment Request concerning the pretrial conference currently scheduled for September 24, 2026 at 2:00 p.m. The request asks that the conference be adjourned to October 15, 2026 at 2:00 p.m., or to another date selected by the Court, because my timely motion requests an extension of the response deadline through September 28, 2026.

Today, I served the motion papers on all listed recipients by regular first-class mail and sent the signed filing package to the Clerk by FedEx Priority Overnight. Plaintiffs' counsel has not consented to the requested extension or adjournment and advised that he was awaiting instructions from his clients, as reflected in the attached request.

I understand that the September 24 conference remains scheduled unless and until the Court grants the adjournment request.

Plaintiffs' counsel and the Office of the United States Trustee are copied on this email.

Thank you for your consideration.

Respectfully,

Avrumi "Josh" Lubin
Defendant, Pro Se
(732) 608-4905