# EXHIBIT C

Main-case appearance and withdrawal notice

Main-case Dkts. 98 (September 16) and 104 (September 18)

Franklin v. Lubin | Adv. No. 26-01339-EJO

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ASHFORD – SCHAEL LLC**<br>Courtney A. Schael, Esq. (CS-1295)<br>100 Quimby Street, Suite 1<br>Westfield, NJ 07090<br>(908) 232-5566<br>(908) 728-3113 telecopy<br>Proposed Counsel for Debtor | |
| In re:<br><br>AVRUMI LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17342 (EJO) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Ashford – Schael LLC, hereby enters its appearance as proposed counsel for the Debtor pursuant to section 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 9007 and 9101(b) and hereby requests that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon the following:

Courtney A. Schael, Esq.
ASHFORD – SCHAEL LLC
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566 main
(908) 255-0462 direct
CSchael@AshfordNJLaw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers or any subsequent appearance or pleading shall not be construed or

deemed to waive any of the Debtor's rights and the Debtor hereby expressly reserves all rights, claims, remedies, actions, defenses setoff, and recoupments.

Dated: September 16, 2026

**ASHFORD - SCHAEL, LLC**
Proposed Counsel for Debtor

By: /s/ Courtney A. Schael
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
Tel.: (908) 232-5566
cschael@ashfordnjlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW
JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ASHFORD – SCHAEL LLC**
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566
(908) 728-3113 telecopy
Proposed Counsel for Debtor

In re:

AVRUMI LUBIN

Debtor.

Chapter 11

Case No. 26-17342 (EJO)

**WITHDRAWAL OF APPLICATION TO RETAIN**
**PROFESSIONAL AND RELATED PLEADINGS**

**PLEASE TAKE NOTICE** that Ashford – Schael LLC, hereby withdraws the Application for Retention of Professional (dkt. no. 97), Attorney Compensation Statement (dkt. no. 99), and Notice of Appearance filed on September 18, 2026 (dkt. no. 98). Ashford – Schael LLC's representation has been terminated, and no order was entered on the Application for Retention of Professional.

Dated: September 18, 2026

**ASHFORD - SCHAEL, LLC**
Proposed Counsel for Debtor

By: /s/ Courtney A. Schael
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
Tel.: (908) 232-5566
cschael@ashfordnjlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin
Defendant, Pro Se
1460 Arboretum Parkway
Lakewood, NJ 08701
(718) 570-3796
josh@tetonfunding.com

Case No.: 26-17342-EJO

Adv. No.: 26-01339-EJO

In Re:
AVRUMI LUBIN, Debtor.
Chapter 11

Hearing Date: 10/15/2026, 10 a.m.

Judge: Eamonn J. O'Hagan

FRANKLIN CAPITAL GROUP, LLC and
FRANKLIN CAPITAL FUNDING, LLC

Plaintiff(s)

v.

AVRUMI LUBIN

Defendant(s)

**ORDER**

EXTENDING TIME TO RESPOND TO COMPLAINT

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

Upon Defendant Avrumi Lubin's Second Motion to Extend Time to Respond to the Complaint, the supporting Certification and exhibits, and any opposition; and for cause under Federal Rules of Bankruptcy Procedure 9006(b)(1)(A) and 7012(a)(1), it is ORDERED:

1. Defendant's deadline to file and serve an answer, motion, or other response to the Complaint is extended through and including **October 28, 2026**.

2. The response deadline is extended from September 28, 2026 through entry of this Order pending determination of the timely extension motion. Paragraph 1 governs the response date following entry of this Order.

3. The October 15, 2026 at 2:00 p.m. pretrial conference remains scheduled unless separately adjourned by the Court. This Order does not decide Defendant's separate Local Form Adjournment Request.

4. Except as expressly provided, no other deadline or hearing date is changed. This Order concerns scheduling only and makes no determination of any claim, defense, objection, or other substantive right.

5. Defendant must promptly serve this Order on Plaintiffs' counsel and any party requiring non-electronic notice, and file proof of service.