UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin
Defendant, Pro Se
1460 Arboretum Parkway
Lakewood, NJ 08701
(718) 570-3796
josh@tetonfunding.com

FILED
JEANNE A. NAUGHTON, CLERK
SEP 23 2026
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY ________ DEPUTY

In Re:

AVRUMI LUBIN, Debtor.
Franklin Capital Group, LLC, et al. v. Lubin

Case No.: 26-17342-EJO

Chapter: 11

Adv. No.: 26-01339-EJO

Hearing Date: 10/15/2026, 10 a.m.

Judge: E.J. O'Hagan

# CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☒ am the Defendant in this case and am representing myself.

2. On September 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Second-extension motion notice; Lubin certification; memorandum; Exhibits A-C; proposed order; and pretrial Adjournment Request, all dated September 23, 2026. Copies were mailed with postage prepaid at my direction.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 23, 2026

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016 | Counsel for both Plaintiffs | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Franklin Capital Funding, LLC<br>Attn: Platinum Filings LLC<br>Registered Agent<br>555 E. Loockerman St., Suite 320<br>Dover, DE 19901 | Plaintiff; additional entity copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Franklin Capital Group, LLC<br>Attn: Avrohom Baum, Resident Agent<br>32300 Northwestern Hwy., Suite 215<br>Farmington Hills, MI 48334 | Plaintiff; additional entity copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Wolf, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, NJ 07102 | U.S. Trustee; notice copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, P.C.<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Main-case notice copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |