FILED
JEANNE A. NAUGHTON, CLERK
SEP 23 2026
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY ______ DEPUTY

Avrumi Lubin, Defendant, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 SEP 23 P 4:01

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN,**<br>Debtor. | Chapter 11<br>Case No. 26-17342-EJO |
| **FRANKLIN CAPITAL GROUP, LLC and FRANKLIN CAPITAL FUNDING, LLC,**<br>Plaintiffs,<br>v.<br>**AVRUMI LUBIN,**<br>Defendant. | Adv. No. 26-01339-EJO<br><br>Hon. Eamonn J. O'Hagan<br>Hearing: October 15, 2026<br>10:00 a.m. |

## NOTICE OF SECOND MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

**TO:** Hillel I. Parness, Esq., counsel for Plaintiffs, and all parties receiving notice.

PLEASE TAKE NOTICE that on **October 15, 2026 at 10:00 a.m.**, or as soon thereafter as the matter may be heard, Defendant Avrumi Lubin will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for an order:

1. Extending Defendant's time to file and serve an answer, motion, or other response to the Complaint from September 28, 2026 through and including **October 28, 2026**, under Federal Rules of Bankruptcy Procedure 9006(b)(1)(A) and 7012(a)(1);

2. Confirming the interim extension of the response deadline while this timely motion is pending under D.N.J. LBR 9013-6, or alternatively granting an interim extension pending determination; and

3. Granting such other scheduling relief as the Court deems appropriate. This motion requests no determination of the merits and no alteration of any party's substantive rights.

Defendant relies on his accompanying Certification, Exhibits A-C, Memorandum of Law, and proposed order. A separate Local Form Adjournment Request asks that the October 15, 2026, 2:00 p.m. pretrial conference be moved to a date after the requested response deadline. The pretrial conference remains scheduled unless the Court grants that separate request.

**Opposition:** Under D.N.J. LBR 9013-2(a)(2), any opposition must be filed with the Court and served no later than **October 8, 2026**. Serve Defendant at the postal address in this notice. In the absence of timely opposition, the Court may decide the motion on the papers under D.N.J. LBR 9013-3. Filing this motion does not itself establish the requested October 28 deadline.

Dated: September 23, 2026

______________________________________
Avrumi Lubin, Defendant, Pro Se

FILED
JEANNE A. NAUGHTON, CLERK

Avrumi Lubin, Defendant, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

SEP 23 2026
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY ____________ DEPUTY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 SEP 23 P 4:01

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN,**<br>Debtor. | Chapter 11<br>Case No. 26-17342-EJO |
| **FRANKLIN CAPITAL GROUP, LLC and**<br>**FRANKLIN CAPITAL FUNDING, LLC,**<br>Plaintiffs,<br>v.<br>**AVRUMI LUBIN,**<br>Defendant. | Adv. No. 26-01339-EJO<br><br>Hon. Eamonn J. O'Hagan<br>Hearing: October 15, 2026<br>10:00 a.m. |

## CERTIFICATION OF AVRUMI LUBIN IN SUPPORT OF SECOND EXTENSION MOTION

1. I am the Defendant in this adversary proceeding and the debtor in the related Chapter 11 case. I submit this certification from personal knowledge, except where I identify a court filing.

2. This is my second request for additional time to respond to the Complaint. The Court previously extended my response deadline through September 28, 2026 by a consent order, signed August 27 and entered August 28, 2026, at adversary Dkt. 7. A true copy is attached as Exhibit A.

3. That order removed the September 24 hearing on my first extension motion and left the pretrial conference scheduled for October 15, 2026 at 2:00 p.m. I am requesting this further extension before September 28.

4. During the first extension, on September 16, 2026, I retained Ashford-Schael LLC for proposed representation in my main bankruptcy case. The firm filed its retention application and notice of appearance that day at main-case Dkts. 97 and 98. After the September 17 hearing, counsel advised me that the representation was terminated. The firm filed a withdrawal notice at main-case Dkt. 104 on September 18. Exhibit C contains the notice of appearance and withdrawal notice. Counsel confirms this chronology in main-case Dkt. 110-1, paragraphs 4-6 and 13-14, including footnote 1.

5. On September 22 the firm filed a formal motion to withdraw its main-case appearance at Dkt. 110, with my signed consent. Dkt. 113 schedules that motion for September 24 at 10:00 a.m. I do not represent that withdrawal has already been granted. Counsel states in Dkt. 110-1, paragraph 22, that the firm was not retained to represent me individually in any adversary and filed no appearance in an adversary. I remain unrepresented here. I cite these events to explain the disruption of my effort to obtain bankruptcy representation, not to assert that counsel withdrew an appearance in this adversary or to ask the Court to decide any dispute about the prior representation.

6. I am seeking replacement bankruptcy counsel and assistance with my defense in this adversary. I took concrete steps to obtain representation during the first extension, but the brief main-case engagement did not result in counsel defending this case. I request this limited additional period to obtain assistance and prepare an appropriate response.

7. I request thirty additional days, through October 28, 2026. I will use that time to seek counsel and work on my response. I cannot promise that counsel will be retained by a particular date, and I understand that I remain responsible for complying with the Court's deadlines.

8. On September 23, 2026 at approximately 1:06 p.m., I emailed Plaintiffs' counsel, Hillel Parness, requesting consent to the October 28 response date and to moving the October 15 pretrial conference to a later date. The complete printed email thread is Exhibit B. This filing does not represent that Plaintiffs have consented to the new request. I will promptly advise the Court if the parties reach agreement.

9. I seek time to respond, not an indefinite delay or a decision on any claim or defense. I recognize that the Court has already granted one extension and that this request is discretionary.

10. Separately, I request a pretrial adjournment using the Court's local form. Unless the Court grants an adjournment, I understand that the October 15, 2026 at 2:00 p.m. pretrial conference remains scheduled.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2026

______________________________

Avrumi Lubin, Defendant, Pro Se

FILED
JEANNE A. NAUGHTON, CLERK

SEP 23 2026

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY ______________ DEPUTY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 SEP 23 P 4: 01

Avrumi Lubin, Defendant, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN,**<br>Debtor. | Chapter 11<br>Case No. 26-17342-EJO |
| **FRANKLIN CAPITAL GROUP, LLC and**<br>**FRANKLIN CAPITAL FUNDING, LLC,**<br>Plaintiffs,<br>v.<br>**AVRUMI LUBIN,**<br>Defendant. | Adv. No. 26-01339-EJO<br><br>Hon. Eamonn J. O'Hagan<br>Hearing: October 15, 2026<br>10:00 a.m. |

## MEMORANDUM OF LAW IN SUPPORT OF SECOND EXTENSION MOTION

### I. The request is made before the existing response deadline.

Federal Rule of Bankruptcy Procedure 9006(b)(1)(A) permits an extension for cause on a request made before the applicable period, including a previously extended period, expires. Rule 7012(a)(1) permits the Court to set a different time to answer a complaint. Adversary Dkt. 7 fixes September 28, 2026 as the response date. Defendant requests a thirty-day extension to October 28 before that date, rather than relief from an expired deadline.

### II. The recent counsel change supports a limited extension.

During the first extension, Defendant retained proposed main-case counsel on September 16. Counsel advised him on September 17 that representation was terminated and filed a withdrawal notice September 18. The September 22 formal withdrawal motion, to which Defendant consented, is set for September 24. Main-case Dkts. 98, 104, 110, 110-1 paragraphs 4-6, 13-14 and 25, and 113; Certification, paragraphs 4-7. This chronology documents concrete efforts to obtain representation and their disruption. Counsel states that the firm was not retained to undertake Defendant's individual adversary defense. Dkt. 110-1, paragraph 22. No ruling on that scope or the propriety of withdrawal is requested. Defendant seeks thirty days to prepare his response, with or without new counsel. The withdrawal proceedings do not themselves extend this deadline.

Case 26-01339-EJO Doc 10 Filed 09/28/26 Entered 09/28/26 08:42:39 Desc Main Document Page 2 of 2

**III. The response deadline should remain extended pending decision.**

D.N.J. LBR 9013-6(a) provides an automatic interim extension when a motion to extend time is filed before the period expires, unless the Code, rules, or a court order provides otherwise. The Rule expressly includes periods fixed by court order, and its comment extends the protection to all Chapter 11 cases. Defendant invokes that provision in this adversary proceeding arising in his Chapter 11 case and requests confirmation that it applies. If the Court determines that a separate interim order is necessary, Defendant alternatively requests one under Rule 9006(b)(1)(A). He does not contend that sending a consent-request email or filing this motion itself grants October 28 as the final response date.

D.N.J. LBR 9013-6(b) contemplates hearing the request on the next available hearing date under LBR 9013-2. The motion is noticed for October 15, 2026 at 10:00 a.m. The pretrial adjournment is sought separately under LBR 5071-1 and is not presumed granted.

**IV. Requested disposition.**

Defendant respectfully requests an extension through October 28, 2026 to file and serve an answer, motion, or other response to the Complaint, together with the interim scheduling protection described above. All claims, defenses, and objections remain for determination through the ordinary adversary process.

Dated: September 23, 2026

______________________________

Avrumi Lubin, Defendant, Pro Se

# EXHIBIT A

Entered consent order extending the response deadline

Adversary Dkt. 7; signed August 27, entered August 28, 2026

Franklin v. Lubin | Adv. No. 26-01339-EJO

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Defendant, Pro Se

Order Filed on August 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 26-17342-EJO

Adv. No.: 26-01339-EJO

In Re:

**AVRUMI LUBIN,**
Debtor.

Hearing Date: September 24, 2026 at 10:00 a.m.

Judge: E.J. O'Hagan

**FRANKLIN CAPITAL GROUP, LLC and**
**FRANKLIN CAPITAL FUNDING, LLC,**

Plaintiffs,

v.

**AVRUMI LUBIN,**

Defendant.

# ORDER

CONSENT ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

The relief set forth on the following pages, numbered two (2) through two (2), is ORDERED.

**DATED: August 27, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**CONSENT ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon the Motion of Defendant Avrumi Lubin, appearing pro se, to Extend Time to Respond to the Complaint and Adjourn the Pretrial Conference (Dkt. No. 5) (the "Motion"); the Court having entered Dkt. No. 4, which adjourned the pretrial conference to October 15, 2026 at 2:00 p.m.; Plaintiffs, through counsel, and Defendant having consented to resolution of the remaining response-extension relief; and good cause appearing under Federal Rule of Bankruptcy Procedure 9006(b)(1), it is hereby ORDERED:

1. Defendant Avrumi Lubin's deadline to answer, move, or otherwise respond to the Complaint is extended through and including September 28, 2026.

2. Upon entry of this Consent Order, the hearing on Dkt. No. 5 scheduled for September 24, 2026 at 10:00 a.m. is removed from the Court's calendar.

3. The pretrial conference remains scheduled for October 15, 2026 at 2:00 p.m., as provided by Dkt. No. 4.

4. Except as expressly provided above, this Consent Order does not modify any other date or deadline in this adversary proceeding.

5. This Consent Order is procedural only and does not constitute an admission or waiver of any claim, defense, objection, or right.

**CONSENTED TO AND AGREED:**

/s/ Hillel I. Parness
**HILLEL I. PARNESS, ESQ.**
**PARNESS LAW FIRM, PLLC**
136 Madison Avenue, 6th Floor
New York, New York 10016
hip@hiplaw.com | (212) 447-5299
Counsel for Plaintiffs Franklin Capital Group, LLC and Franklin Capital Funding, LLC

/s/ Avrumi Lubin
**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
josh@tetonfunding.com
(718) 570-3796
Defendant, Pro Se

# EXHIBIT B

September 23 request for consent to a further extension

Email sent at approximately 1:06 p.m.; full printed thread

Franklin v. Lubin | Adv. No. 26-01339-EJO

**Josh Lubin** **Wednesday, September 23, 2026 at 1:20:40 PM Eastern Daylight Time**

**Subject:** Franklin v. Lubin, Adv. No. 26-01339 — request for consent to extend my response date
**Date:** Wednesday, September 23, 2026 at 1:06:14 PM Eastern Daylight Time
**From:** Josh Lubin <josh@tetonfunding.com>
**To:** Hillel Parness <hip@hiplaw.com>
**Priority:** High
**Attachments:** image002.png, image003.png

Mr. Parness,
I am writing about Franklin Capital Group, LLC, et al. v. Lubin, Adv. No. 26-01339 (Bankr. D.N.J.). My deadline to answer or otherwise respond to the complaint is Monday, September 28, 2026, under the consent order we agreed to in August.
Earlier this month I retained bankruptcy counsel. A few days later the representation ended, and counsel has moved to withdraw (main case, Dkts. 104 and 110; hearing September 24). I am representing myself again while I look for new counsel.
I ask that Franklin consent to a 30-day extension of my time to answer or otherwise respond, to Wednesday, October 28, 2026. If you agree, I would also ask to move the October 15 pretrial conference to a date after that. Both sides would keep all claims, defenses and objections.
I plan to file a motion for this extension today, before the current deadline. Could you please tell me Franklin's position by 3:00 p.m. today? If Franklin consents, I will submit a consent order instead, as we did in August.
Thank you,
Avrumi "Josh" Lubin
Defendant, pro se
732-608-4905
josh@tetonfunding.com

---

**From:** Hillel Parness <hip@hiplaw.com>
**Date:** Monday, August 24, 2026 at 3:30 PM
**To:** Josh Lubin <josh@tetonfunding.com>
**Subject:** RE: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Please send me what you want me to sign. Thank you.

**Hillel I. Parness**
hip@hiplaw.com
(C) 646-526-8261
(O) 212-447-5299
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016

www.hiplaw.com
*Essential Legal Guidance for Today's Changing World®*

---

**From:** Hillel Parness <hip@hiplaw.com>
**Sent:** Friday, August 21, 2026 3:31 PM
**To:** Josh Lubin <josh@tetonfunding.com>
**Subject:** Re: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

I'm at an appointment. Will look when I get back to my computer.

**Hillel I. Parness**
**hip@hiplaw.com**
**(C) 646-526-8261**
**(O) 212-447-5299**
**PARNESS LAW FIRM, PLLC**
**136 Madison Ave., 6th Floor**
**New York, NY 10016**
**www.hiplaw.com**

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Friday, 21 August 2026 15:06:05
**To:** Hillel Parness <hip@hiplaw.com>; chambers_of_ejo@njb.uscourts.gov <chambers_of_ejo@njb.uscourts.gov>
**Cc:** Wolf, Rachel (USTP) <rachel.wolf@usdoj.gov>; kirsten.k.ardelean@usdoj.gov <kirsten.k.ardelean@usdoj.gov>
**Subject:** Re: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Mr Parness,

I already emailed you the draft two days ago. I am sending the executed draft attached.

---

**From:** Hillel Parness <hip@hiplaw.com>
**Date:** Friday, August 21, 2026 at 12:53 PM
**To:** Josh Lubin <josh@tetonfunding.com>, "chambers_of_ejo@njb.uscourts.gov" <chambers_of_ejo@njb.uscourts.gov>
**Cc:** "Wolf, Rachel (USTP)" <rachel.wolf@usdoj.gov>, "kirsten.k.ardelean@usdoj.gov" <kirsten.k.ardelean@usdoj.gov>
**Subject:** RE: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Mr. Lubin:

This is your adjournment request. You can send me a draft. Thanks.

Regards,

**Hillel I. Parness**
hip@hiplaw.com
(C) 646-526-8261
(O) 212-447-5299
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016
www.hiplaw.com
*Essential Legal Guidance for Today's Changing World®*

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Friday, August 21, 2026 12:22 PM
**To:** Hillel Parness <hip@hiplaw.com>; chambers_of_ejo@njb.uscourts.gov
**Cc:** Wolf, Rachel (USTP) <rachel.wolf@usdoj.gov>; kirsten.k.ardelean@usdoj.gov
**Subject:** Re: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Mr Parness,

Can you send me the agreed order to review?

I fedex overnight the motion yesterday, so it will prob hit the docket today or Monday.

---

**From:** Hillel Parness <hip@hiplaw.com>
**Date:** Thursday, August 20, 2026 at 11:35 PM
**To:** Josh Lubin <josh@tetonfunding.com>, "chambers_of_ejo@njb.uscourts.gov" <chambers_of_ejo@njb.uscourts.gov>
**Cc:** "Wolf, Rachel (USTP)" <rachel.wolf@usdoj.gov>, "kirsten.k.ardelean@usdoj.gov" <kirsten.k.ardelean@usdoj.gov>
**Subject:** Re: Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Mr. Lubin:

We consent to your adjournment request.

Regards,

**Hillel I. Parness**
**hip@hiplaw.com**
**(C) 646-526-8261**
**(O) 212-447-5299**
**PARNESS LAW FIRM, PLLC**
**136 Madison Ave., 6th Floor**
**New York, NY 10016**
**www.hiplaw.com**

**From:** Josh Lubin <josh@tetonfunding.com>

**Sent:** Thursday, 20 August 2026 22:16:55
**To:** chambers_of_ejo@njb.uscourts.gov <chambers_of_ejo@njb.uscourts.gov>
**Cc:** Hillel Parness <hip@hiplaw.com>; Wolf, Rachel (USTP) <rachel.wolf@usdoj.gov>; kirsten.k.ardelean@usdoj.gov <kirsten.k.ardelean@usdoj.gov>
**Subject:** Lubin – Adv. No. 26-01339-EJO – Adjournment Request for September 24 Pretrial Conference

Good evening,

I am the self-represented Defendant in Franklin Capital Group, LLC and Franklin Capital Funding, LLC v. Lubin, Adv. No. 26-01339-EJO.

Attached is my signed Adjournment Request concerning the pretrial conference currently scheduled for September 24, 2026 at 2:00 p.m. The request asks that the conference be adjourned to October 15, 2026 at 2:00 p.m., or to another date selected by the Court, because my timely motion requests an extension of the response deadline through September 28, 2026.

Today, I served the motion papers on all listed recipients by regular first-class mail and sent the signed filing package to the Clerk by FedEx Priority Overnight. Plaintiffs' counsel has not consented to the requested extension or adjournment and advised that he was awaiting instructions from his clients, as reflected in the attached request.

I understand that the September 24 conference remains scheduled unless and until the Court grants the adjournment request.

Plaintiffs' counsel and the Office of the United States Trustee are copied on this email.

Thank you for your consideration.

Respectfully,

Avrumi "Josh" Lubin
Defendant, Pro Se
(732) 608-4905

# EXHIBIT C

Main-case appearance and withdrawal notice

Main-case Dkts. 98 (September 16) and 104 (September 18)

Franklin v. Lubin | Adv. No. 26-01339-EJO

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ASHFORD – SCHAEL LLC**<br>Courtney A. Schael, Esq. (CS-1295)<br>100 Quimby Street, Suite 1<br>Westfield, NJ 07090<br>(908) 232-5566<br>(908) 728-3113 telecopy<br>Proposed Counsel for Debtor |
| In re:<br><br>AVRUMI LUBIN<br><br>Debtor. |

Chapter 11

Case No. 26-17342 (EJO)

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Ashford – Schael LLC, hereby enters its appearance as proposed counsel for the Debtor pursuant to section 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 9007 and 9101(b) and hereby requests that copies of all notices and pleadings given or filed in this bankruptcy case be given and served upon the following:

Courtney A. Schael, Esq.
ASHFORD – SCHAEL LLC
100 Quimby Street, Suite 1
Westfield, NJ 07090
(908) 232-5566 main
(908) 255-0462 direct
CSchael@AshfordNJLaw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers or any subsequent appearance or pleading shall not be construed or

deemed to waive any of the Debtor's rights and the Debtor hereby expressly reserves all rights, claims, remedies, actions, defenses setoff, and recoupments.

Dated: September 16, 2026

**ASHFORD - SCHAEL, LLC**
Proposed Counsel for Debtor

By: /s/ Courtney A. Schael
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
Tel.: (908) 232-5566
cschael@ashfordnjlaw.com

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW<br>JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ASHFORD – SCHAEL LLC**<br>Courtney A. Schael, Esq. (CS-1295)<br>100 Quimby Street, Suite 1<br>Westfield, NJ 07090<br>(908) 232-5566<br>(908) 728-3113 telecopy<br>Proposed Counsel for Debtor | |
| In re:<br><br>AVRUMI LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17342 (EJO) |

**WITHDRAWAL OF APPLICATION TO RETAIN**
**<u>PROFESSIONAL AND RELATED PLEADINGS</u>**

**PLEASE TAKE NOTICE** that Ashford – Schael LLC, hereby withdraws the Application for Retention of Professional (dkt. no. 97), Attorney Compensation Statement (dkt. no. 99), and Notice of Appearance filed on September 18, 2026 (dkt. no. 98). Ashford – Schael LLC's representation has been terminated, and no order was entered on the Application for Retention of Professional.

Dated: September 18, 2026

**ASHFORD - SCHAEL, LLC**
Proposed Counsel for Debtor

By: ___/s/ Courtney A. Schael______
Courtney A. Schael, Esq. (CS-1295)
100 Quimby Street, Suite 1
Westfield, NJ 07090
Tel.: (908) 232-5566
cschael@ashfordnjlaw.com

Case 26-01339-EJO Doc 9-5 Filed 09/28/26 Entered 09/28/26 20:02:39 Desc
Exhibit C Page 19 of 22

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin<br>Defendant, Pro Se<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>(718) 570-3796<br>josh@tetonfunding.com | Case No.: 26-17342-EJO<br><br>Adv. No.: 26-01339-EJO |
| In Re:<br>AVRUMI LUBIN, Debtor.<br>Chapter 11 | Hearing Date: 10/15/2026, 10 a.m.<br><br>Judge: Eamonn J. O'Hagan |
| FRANKLIN CAPITAL GROUP, LLC and<br>FRANKLIN CAPITAL FUNDING, LLC<br><br>Plaintiff(s)<br>v.<br>AVRUMI LUBIN<br><br>Defendant(s) | |

**ORDER**
EXTENDING TIME TO RESPOND TO COMPLAINT

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon Defendant Avrumi Lubin's Second Motion to Extend Time to Respond to the Complaint, the supporting Certification and exhibits, and any opposition; and for cause under Federal Rules of Bankruptcy Procedure 9006(b)(1)(A) and 7012(a)(1), it is ORDERED:

1. Defendant's deadline to file and serve an answer, motion, or other response to the Complaint is extended through and including **October 28, 2026**.

2. The response deadline is extended from September 28, 2026 through entry of this Order pending determination of the timely extension motion. Paragraph 1 governs the response date following entry of this Order.

3. The October 15, 2026 at 2:00 p.m. pretrial conference remains scheduled unless separately adjourned by the Court. This Order does not decide Defendant's separate Local Form Adjournment Request.

4. Except as expressly provided, no other deadline or hearing date is changed. This Order concerns scheduling only and makes no determination of any claim, defense, objection, or other substantive right.

5. Defendant must promptly serve this Order on Plaintiffs' counsel and any party requiring non-electronic notice, and file proof of service.

Case 26-01339-EJO Doc 109 Filed 09/25/26 Entered 09/25/26 09:02:39 Desc Main Document Page 2 of 2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin<br>Defendant, Pro Se<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>(718) 570-3796<br>josh@tetonfunding.com | **FILED**<br>**JEANNE A. NAUGHTON, CLERK**<br>SEP 23 2026<br>**U.S. BANKRUPTCY COURT**<br>**NEWARK, N.J.**<br>**BY ______ DEPUTY**<br><br>Case No.: 26-17342-EJO<br>Chapter: 11 |
| In Re:<br><br>AVRUMI LUBIN, Debtor.<br>Franklin Capital Group, LLC, et al. v. Lubin | Adv. No.: 26-01339-EJO<br>Hearing Date: 10/15/2026, 10 a.m.<br>Judge: E.J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

   ☐ represent ______________________ in this matter.

   ☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

   ☒ am the Defendant in this case and am representing myself.

2. On September 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Second-extension motion notice; Lubin certification; memorandum; Exhibits A-C; proposed order; and pretrial Adjournment Request, all dated September 23, 2026. Copies were mailed with postage prepaid at my direction.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 23, 2026

______________________
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Ave., 6th Floor<br>New York, NY 10016 | Counsel for both Plaintiffs | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Franklin Capital Funding, LLC<br>Attn: Platinum Filings LLC<br>Registered Agent<br>555 E. Loockerman St., Suite 320<br>Dover, DE 19901 | Plaintiff; additional entity copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Franklin Capital Group, LLC<br>Attn: Avrohom Baum, Resident Agent<br>32300 Northwestern Hwy., Suite 215<br>Farmington Hills, MI 48334 | Plaintiff; additional entity copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Wolf, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Blvd., Suite 2100<br>Newark, NJ 07102 | U.S. Trustee; notice copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, P.C.<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Main-case notice copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |