UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin
Defendant, Pro Se
1460 Arboretum Parkway
Lakewood, NJ 08701
(718) 570-3796
josh@tetonfunding.com

In Re:

AVRUMI LUBIN, Debtor.

Franklin Capital Group, LLC, et al.
v. Avrumi Lubin

Case No.: 26-17342-EJO

Adv. Pro. No.: 26-01339-EJO

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: 10/15/2026

Judge: E.J. O'Hagan

## ADJOURNMENT REQUEST

1. I, Avrumi Lubin,

   ☐ am the attorney for: ______________________,

   ☒ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Pretrial conference in Franklin v. Lubin

   Current hearing date and time: October 15, 2026, 2:00 p.m.

   New date requested: After Oct. 28; date set by Court

   Reason for adjournment request: A response extension to October 28 is requested.

   Recent counsel change; seeking replacement counsel. See attached certification.

2. Consent to adjournment:

   ☐ I have the consent of all parties. ☒ I do not have the consent of all parties (explain below):

   Consent requested from Hillel Parness by email September 23.

   No new consent is represented by this request.

I certify under penalty of perjury that the foregoing is true.

Date: September 23, 2026

Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted New hearing date: __________________ ☐ Peremptory

☐ Granted over objection(s) New hearing date: __________________ ☐ Peremptory

X Denied The Court will modify the time of the Pretrial Conference from 2pm to 10am.

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

Avrumi Lubin, Defendant, Pro Se
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN,**<br>Debtor. | Chapter 11<br>Case No. 26-17342-EJO |
| **FRANKLIN CAPITAL GROUP, LLC and**<br>**FRANKLIN CAPITAL FUNDING, LLC,**<br>Plaintiffs,<br>v.<br>**AVRUMI LUBIN,**<br>Defendant. | Adv. No. 26-01339-EJO<br><br>Hon. Eamonn J. O'Hagan<br>Hearing: October 15, 2026<br>10:00 a.m. |

**CERTIFICATION OF AVRUMI LUBIN**
**IN SUPPORT OF SECOND EXTENSION MOTION**

1. I am the Defendant in this adversary proceeding and the debtor in the related Chapter 11 case. I submit this certification from personal knowledge, except where I identify a court filing.

2. This is my second request for additional time to respond to the Complaint. The Court previously extended my response deadline through September 28, 2026 by a consent order, signed August 27 and entered August 28, 2026, at adversary Dkt. 7. A true copy is attached as Exhibit A.

3. That order removed the September 24 hearing on my first extension motion and left the pretrial conference scheduled for October 15, 2026 at 2:00 p.m. I am requesting this further extension before September 28.

4. During the first extension, on September 16, 2026, I retained Ashford-Schael LLC for proposed representation in my main bankruptcy case. The firm filed its retention application and notice of appearance that day at main-case Dkts. 97 and 98. After the September 17 hearing, counsel advised me that the representation was terminated. The firm filed a withdrawal notice at main-case Dkt. 104 on September 18. Exhibit C contains the notice of appearance and withdrawal notice. Counsel confirms this chronology in main-case Dkt. 110-1, paragraphs 4-6 and 13-14, including footnote 1.

5. On September 22 the firm filed a formal motion to withdraw its main-case appearance at Dkt. 110, with my signed consent. Dkt. 113 schedules that motion for September 24 at 10:00 a.m. I do not represent that withdrawal has already been granted. Counsel states in Dkt. 110-1, paragraph 22, that the firm was not retained to represent me individually in any adversary and filed no appearance in an adversary. I remain unrepresented here. I cite these events to explain the disruption of my effort to obtain bankruptcy representation, not to assert that counsel withdrew an appearance in this adversary or to ask the Court to decide any dispute about the prior representation.

6. I am seeking replacement bankruptcy counsel and assistance with my defense in this adversary. I took concrete steps to obtain representation during the first extension, but the brief main-case engagement did not result in counsel defending this case. I request this limited additional period to obtain assistance and prepare an appropriate response.

7. I request thirty additional days, through October 28, 2026. I will use that time to seek counsel and work on my response. I cannot promise that counsel will be retained by a particular date, and I understand that I remain responsible for complying with the Court's deadlines.

8. On September 23, 2026 at approximately 1:06 p.m., I emailed Plaintiffs' counsel, Hillel Parness, requesting consent to the October 28 response date and to moving the October 15 pretrial conference to a later date. The complete printed email thread is Exhibit B. This filing does not represent that Plaintiffs have consented to the new request. I will promptly advise the Court if the parties reach agreement.

9. I seek time to respond, not an indefinite delay or a decision on any claim or defense. I recognize that the Court has already granted one extension and that this request is discretionary.

10. Separately, I request a pretrial adjournment using the Court's local form. Unless the Court grants an adjournment, I understand that the October 15, 2026 at 2:00 p.m. pretrial conference remains scheduled.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2026

______________________________

Avrumi Lubin, Defendant, Pro Se