**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11<br><br>**DECLARATION OF**<br>**HILLEL I. PARNESS** |

Hillel I. Parness, being of full age, hereby certifies and states:

1. I am counsel to the Plaintiffs Franklin Capital Group, LLC and Franklin Capital Funding, LLC (together, "Franklin") in the above-referenced action.

2. I submit this Declaration in Support of Franklin's Objection to Debtor's Request for Extension of Time to Answer or Otherwise Respond to the Complaint.

3. A true and correct copy of an email exchange between Lubin and Franklin's counsel, from August 20, 2026 – September 30, 2026, is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2026.

/s/ Hillel I. Parness
Hillel I. Parness

# EXHIBIT A

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, September 23, 2026 1:06 PM
**To:** Hillel Parness <hip@hiplaw.com>
**Subject:** Franklin v. Lubin, Adv. No. 26-01339 — request for consent to extend my response date
**Importance:** High

Mr. Parness,
I am writing about Franklin Capital Group, LLC, et al. v. Lubin, Adv. No. 26-01339 (Bankr. D.N.J.). My deadline to answer or otherwise respond to the complaint is Monday, September 28, 2026, under the consent order we agreed to in August.
Earlier this month I retained bankruptcy counsel. A few days later the representation ended, and counsel has moved to withdraw (main case, Dkts. 104 and 110; hearing September 24). I am representing myself again while I look for new counsel.
I ask that Franklin consent to a 30-day extension of my time to answer or otherwise respond, to Wednesday, October 28, 2026. If you agree, I would also ask to move the October 15 pretrial conference to a date after that. Both sides would keep all claims, defenses and objections.
I plan to file a motion for this extension today, before the current deadline. Could you please tell me Franklin's position by 3:00 p.m. today? If Franklin consents, I will submit a consent order instead, as we did in August.
Thank you,
Avrumi "Josh" Lubin
Defendant, pro se
732-608-4905
josh@tetonfunding.com

---

**From:** Hillel Parness <hip@hiplaw.com>
**Date:** Tuesday, September 29, 2026 at 7:56 PM
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** Noel Ravenscroft <noel@ravenscroftlaw.com>
**Subject:** RE: Franklin v. Lubin, Adv. No. 26-01339 — request for consent to extend my response date

Mr. Lubin:

I am writing to introduce you to my co-counsel in Michigan, Noel Ravenscroft. Please copy Mr. Ravenscroft on all communications, as it may be more expeditious for you to speak directly with each other on issues like scheduling in the future.

Regards,

**Hillel I. Parness**
hip@hiplaw.com
(C) 646-526-8261
(O) 212-447-5299
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, NY 10016
www.hiplaw.com
*Essential Legal Guidance for Today's Changing World®*

On Sep 29, 2026, at 8:32 PM, Josh Lubin <josh@tetonfunding.com> wrote:

Noel,

Can we move the time to respond a few months? I am very busy with the trustee and working on getting things on guardrails here.

---

**From:** Noel Ravenscroft <noel@ravenscroftlaw.com>
**Date:** Wednesday, September 30, 2026 at 9:36 AM
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** Hillel Parness <hip@hiplaw.com>
**Subject:** Re: Franklin v. Lubin, Adv. No. 26-01339 — request for consent to extend my response date

We cannot agree to a few months. You have already had an extended time period.

My client may be agreeable to a few weeks, but the would be contingent upon there being no further extension requests. Is that something that you would agree to?

Noel J. Ravenscroft
Phone: (586) 588-4274
Email: noel@ravenscroftlaw.com

Ravenscroft Law Group, PLC
Legal Insight. Business Instinct.

**From:** Josh Lubin <josh@tetonfunding.com>
**Subject: Re: Franklin v. Lubin, Adv. No. 26-01339 — request for consent to extend my response date**
**Date:** September 30, 2026 at 1:49:52 PM EDT
**To:** Noel Ravenscroft <noel@ravenscroftlaw.com>
**Cc:** Hillel Parness <hip@hiplaw.com>, "Rachel.Wolf@usdoj.gov" <Rachel.Wolf@usdoj.gov>, "Kirsten.K.Ardelean@usdoj.gov" <Kirsten.K.Ardelean@usdoj.gov>, "Heidi.A.Feinman@usdoj.gov" <Heidi.A.Feinman@usdoj.gov>, ben <ben@stanzialelaw.com>, pstaiano <pstaiano@hlgslaw.com>, "Matthew E. Moloshok" <mmoloshok@hlgslaw.com>

Noel,

I need a few months with consenting to further extension. Theres a lot to evaluate here, including issues that potentially violate the United States Constitution.

I am busy with this mess full time and have been busy with it full time for a while.