**Order Filed on October 16, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN A/K/A JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Judge: Eamonn J. O'Hagan |
| FRANKLIN CAPITAL GROUP, LLC et al.,<br><br>Plaintiffs,<br>v.<br>AVRUMI LUBIN,<br><br>Defendant. | Adv. Pro. No.: 26-01339-EJO |

**ORDER EXTENDING RESPONSE DEADLINE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 16, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon consideration of the Second Motion Extend Time re: To Respond to the Complaint [ECF No. 10] filed by Avrumi Lubin (the "Defendant"), acting *pro se*, and for good cause shown;

It is HEREBY ORDERED that:

1. The final deadline to respond to the Complaint is extended to October 28, 2026.

2. No further extensions will be granted.