FILED:BANKRUPTCY:NJ
2026 OCT 27 PM4:01:

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: (718) 570-3796<br>E-mail: josh@tetonfunding.com<br>Debtor / Defendant, Pro Se | Case No.:<br><br>Chapter: | 26-17342-EJO<br><br>11 |
| In Re:<br><br>Avrumi Lubin | Adv. No.:<br><br>Hearing Date:<br><br>Judge: | 26-01339-EJO<br><br>________<br><br>Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ________________ in this matter.

☐ am the secretary/paralegal for ________________, who represents ________________ in this matter.

☒ am the Debtor / Defendant in this case and am representing myself.

2. On October 27, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Defendant's Answer and Affirmative Defenses to the Complaint to Determine Non-Dischargeability of Debt (Adv. Pro. No. 26-01339-EJO)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 27, 2026

________________
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel for Plaintiffs Franklin Capital Group, LLC and Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |