Avrumi Lubin, Defendant, pro se
605 West 42nd Street
New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com

FILED-BANKRUPTCY-NJ
2026 NOV 9 PM4:18:13

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor. | Case No. 26-17342-EJO<br>Chapter 11 |
| FRANKLIN CAPITAL GROUP, LLC and FRANKLIN CAPITAL FUNDING, LLC<br>Plaintiffs,<br>v.<br>AVRUMI LUBIN, Defendant. | Adv. No. 26-01339-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: December 3, 2026<br>10:00 a.m. |

# NOTICE OF MOTION TO EXTEND TIME TO AMEND ANSWER AND TO ADDRESS POTENTIAL COUNTERCLAIMS

**Hearing:** December 3, 2026, 10:00 a.m., before Judge Eamonn J. O'Hagan, Courtroom 2, U.S. Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, unless the Court directs otherwise.

Defendant Avrumi Lubin, individually, requests a 30-day extension of his unused period to amend once as a matter of course under Civil Rule 15(a)(1)(A), Bankruptcy Rules 7015 and 9006(b)(1), from **November 17, 2026 through December 17, 2026**, including any counterclaims he is legally entitled and authorized to assert.

The original Answer at ECF No. 14 remains operative. This is not another request to extend the initial response deadline. Lubin requests clarification that the 'No further extensions' provision in ECF No. 13 concerns the initial response, not this distinct amendment request; interim protection under D.N.J. LBR 9013-6; and, if needed, an interim order pending decision. Alternatively, he requests time through the same date to seek leave under Rule 15(a)(2), without shortening any later applicable amendment deadline.

The accompanying certification, memorandum and proposed order state the grounds. A separate application requests earlier consideration of the timing issue; no shortened hearing has yet been authorized. This motion does not request approval of unidentified claims or any change to other deadlines.

**Opposition:** File with the Bankruptcy Clerk and serve the undersigned no later than 7 days before the hearing, unless the Court orders otherwise. Because November 26 is a federal holiday, the ordinary opposition date computes to **November 25, 2026** under Rule 9006(a)(5). Any shortened-time order will control. Unopposed motions may be decided without oral argument.

Dated: November 9, 2026

______________________________
Avrumi Lubin, individually, pro se