Avrumi Lubin, Defendant, pro se
605 West 42nd Street
New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com

FILED-BANKRUPTCY-NJ
2026 NOV 9 PM 4:18:23

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor. | Case No. 26-17342-EJO<br>Chapter 11 |
| FRANKLIN CAPITAL GROUP, LLC and FRANKLIN CAPITAL FUNDING, LLC<br>Plaintiffs,<br>v.<br>AVRUMI LUBIN, Defendant. | Adv. No. 26-01339-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: December 3, 2026<br>10:00 a.m. |

## CERTIFICATION OF AVRUMI LUBIN

1. I am the Defendant and submit this certification individually. I filed and served my original Answer on October 27, 2026 (ECF Nos. 14 and 14-1). I have not filed or served an amended answer in this proceeding.

2. The Court's October 16, 2026 order at ECF No. 13 set October 28, 2026 as the final initial response deadline and stated that no further extensions would be granted. I filed my Answer before that deadline. I seek additional time for amendment, not additional time to make my initial response.

3. I have been reviewing the contracts, assignments, bank records, court papers and related claims involving Franklin, FVP, Spin Capital, and my bankruptcy estate. That review has raised questions about which claims, if any, I may assert personally and which would require action by another proper representative or further court authorization.

4. On November 9, 2026, I emailed the Trustee and his counsel requesting a claim-specific decision on prosecution and necessary authority by November 13. I need time to complete the review, obtain that response, and seek any required authorization. I also need to avoid duplicating matters in the related Trustee adversary, No. 26-01494.

5. I request this limited extension in good faith to prepare an accurate pleading. I am not asking to postpone the December 3 pretrial conference, initial disclosures, the November 10 Teton Life hearing, or any other existing obligation. No agreement by Plaintiffs to this request is represented.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the date written below.

Dated: November 9, 2026

______________________________
Avrumi Lubin, Individually, pro se