UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Defendant, pro se
605 West 42nd Street
New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com
Adv. No. 26-01339-EJO

In Re:
AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
FRANKLIN CAPITAL GROUP, LLC, et al. v. AVRUMI LUBIN

Case No.: 26-17342-EJO

Chapter: 11

Judge: Eamonn J. O'Hagan

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

After review of the application of Avrumi Lubin, individually ______________ for a reduction of time for a hearing on motion to extend time to amend Answer, including interim protection in Adversary No. 26-01339-EJO ______________ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ______________ at ________ in the United States Bankruptcy Court,
Courtroom No. ________.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Plaintiffs and counsel of record, as listed on the accompanying service list;
the Chapter 11 Trustee, his counsel, and the United States Trustee.

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

______________________________________________

______________________________________________

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to ______________________________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail ________ day(s) prior to the scheduled hearing; or

❑ may be presented orally at the hearing.

8. ❑ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*