UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Defendant, pro se
605 West 42nd Street
New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com

In Re:

AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
FRANKLIN CAPITAL GROUP, LLC, et al. v. AVRUMI LUBIN

| | |
|---|---|
| Case No.: | 26-17342-EJO |
| Chapter: | 11 |
| Adv. No.: | 26-01339-EJO |
| Hearing Date: | December 3, 2026 |
| Judge: | Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin:

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☒ am the Defendant in this case and am representing myself.

2. On ______________, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Notice of motion to extend time to amend Answer; factual certification; memorandum; proposed extension order; application for order shortening time with continuation; proposed shortening-time order. Complete copies to every recipient listed.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/9/26

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 1. Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel for Plaintiffs | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 2. Franklin Capital Group, LLC<br>c/o Avrohom Baum, Resident Agent<br>32300 Northwestern Highway, Suite 215<br>Farmington Hills, MI 48334 | Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 3. Franklin Capital Funding, LLC<br>Attn: Avrohom Baum, Manager<br>32300 Northwestern Highway, Suite 215<br>Farmington Hills, MI 48334 | Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 4. Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Chapter 11 Trustee; notice copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 5. Patricia A. Staiano, Esq.<br>Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel to Chapter 11 Trustee; notice copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 6. Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | United States Trustee; notice copy | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*