UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 10, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: Franklin Capital Group, LLC, Franklin Capital Funding, LLC V. Avrumi Lubin | Case No.: 26-01339 |
| | Hearing Date: |
| | Judge: O'Hagan |
| | Chapter: Adv |

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER

Motion to Extend Time re: Notice of Motion to Extend Time to Amend Answer and To Address Potential Counterclaims

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 10, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

A motion or application having been filed on November, 9, 20 26 by Avrumi Lubin for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*