Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: Avrumi Lubin
Debtor

Case No.: 26−17342−EJO
Chapter 11

Franklin Capital Group, LLC
Plaintiff

v.

Avrumi Lubin
Defendant

Adv. Proc. No. 26−01339−EJO

Judge: Eamonn James O'Hagan

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on November 10, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 15, 16
Order Denying Application to Shorten Time (related document:15 Motion to Extend Time re: to Amend Answer and to Address Potential Counterclaims filed by Defendant Avrumi Lubin). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/10/2026. Hearing scheduled for 12/3/2026 at 10:00 AM, EJO − Courtroom 2, Trenton.. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 10, 2026
JAN: mjb

Jeanne Naughton
Clerk