**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FILED:BANKRUPTCY:NJ
2026 NOV 17 PM2:48:20

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Avrumi Lubin, Defendant, pro se<br>Mailing address: 1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: 732-608-4905<br>Email: josh@tetonfunding.com | Case No.: 26-17342-EJO<br>Chapter 11<br>Adv. Pro. No.: 26-01339-EJO<br>Hon. Eamonn J. O'Hagan |
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br>FRANKLIN CAPITAL GROUP, LLC and FRANKLIN CAPITAL FUNDING, LLC,<br>Plaintiffs and Counterclaim-Defendants,<br>v.<br>AVRUMI LUBIN,<br>Defendant and Counterclaim-Plaintiff. | |

## CERTIFICATION OF SERVICE

I, Avrumi Lubin, certify that on November 17, 2026 I served my First Amended Answer and Affirmative Defenses, with Counterclaim and Objection to Proof of Claim No. 6, by first-class United States mail, postage prepaid, addressed to the following recipients:

1. Hillel I. Parness, Esq., Parness Law Firm, PLLC, 136 Madison Avenue, 6th Floor, New York, NY 10016
2. Franklin Capital Funding, LLC, and Franklin Capital Group, LLC, 32300 Northwestern Hwy, Suite 215, Farmington Hills, MI 48334 (notice address designated in Proof of Claim No. 6-1)
3. Benjamin A. Stanziale, Jr., Chapter 11 Trustee, 2839 Route 10, Suite 102, Morris Plains, NJ 07950
4. Patricia A. Staiano / Matthew E. Moloshok, Hellring Lindeman Goldstein & Siegal LLP, 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068
5. Office of the United States Trustee, Attn: Rachel Wolf, Esq., One Newark Center, Suite 2100, 1085 Raymond Boulevard, Newark, NJ 07102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: November 17, 2026

______________________________

Avrumi Lubin, individually, pro se
Mailing address: 1460 Arboretum Parkway, Lakewood, New Jersey 08701
732-608-4905 | josh@tetonfunding.com