Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26–01339–EJO
Chapter: 0
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Social Security No.:

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/17/26 at 02:00 PM

to consider and act upon the following:

***20*** – Motion to Consolidate the following cases: 26–01315, 26–01339. and 26–01435 Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah)

***21*** – Motion re: for a Finite Stay of Merits Proceedings Through February 1, 2027 and for Coordinated Pleading Dates Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah)

Dated: 11/16/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

Franklin Capital Group, LLC,
Plaintiff

Adv. Proc. No. 26-01339-EJO

Lubin,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1
Date Rcvd: Nov 16, 2026 Form ID: ntchrgbk Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| dft | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Funding LLC hip@hiplaw.com |
| Hillel Ira Parness | on behalf of Plaintiff Franklin Capital Group LLC hip@hiplaw.com |

TOTAL: 2